**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | BETTER TRANSPORT SERVICES, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 4 – 2 8 7 2 8 0 8 |

**4. Debtor's address**

**Principal place of business**

2015 N. Richmond Rd
Number    Street

Wharton, TX 77488
City                          State    ZIP Code

Wharton
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City                          State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                          State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    BETTER TRANSPORT SERVICES, LLC                        Case number *(if known)* _____
            Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>**B.** *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See <br>http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   4    8    5    9 |

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>        District _____ When _____<br>                                 MM / DD / YYYY<br>        Case number, if known _____ |

Debtor   BETTER TRANSPORT SERVICES, LLC
         Name                                                    Case number (if known) _____

| | |
|---|---|
| **11. Why is the case filed in this district?** | Check all that apply: |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** (Check all that apply.) |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| |     Number    Street |
| | _____   _____   _____ |
| |     City                             State   ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| |           Contact name _____ |
| |           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | Check one: |
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000 |
| | ☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion |
| | ☑ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    BETTER TRANSPORT SERVICES, LLC        Case number *(if known)* _____
       Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/15/2023
           MM/ DD/ YYYY

**X**   /s/ Hana Almomani               Hana Almomani
    Signature of authorized representative of debtor        Printed name

Title       Owner/President

**18. Signature of attorney**

**X**   /s/ Robert C Lane        Date   06/15/2023
    Signature of attorney for debtor             MM/ DD/ YYYY

Robert C Lane
Printed name

The Lane Law Firm
Firm name

6200 Savoy Dr Ste 1150
Number       Street

Houston                  TX      77036-3369
City                     State     ZIP Code

(713) 595-8200            notifications@lanelaw.com
Contact phone                Email address

24046263                   TX
Bar number                  State

Fill in this information to identify the case:

Debtor name      BETTER TRANSPORT SERVICES, LLC

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**      _____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Bank of America | Checking account | 5646 | $8,056.98 |
| 3.2 Frost Bank | Checking account | 6809 | $1,037.81 |

**4. Other cash equivalents** *(Identify all)*

**None**

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$9,094.79**

### Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**None**

Debtor    **BETTER TRANSPORT SERVICES, LLC**                                     Case number *(if known)* _____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

9. **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    **$0.00**

---

**Part 3:** Accounts receivable

---

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:    **$100,000.00**    -    **$0.00**    = ...... →    **$57,345.98**

    face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:    _____    -    _____    = ...... →    _____

    face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    **$57,345.98**

---

**Part 4:** Investments

---

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:    % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor  __BETTER TRANSPORT SERVICES, LLC__  Case number *(if known)* _____
       Name

**None**

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

   **None**

20. **Work in progress**

   **None**

21. **Finished goods, including goods held for resale**

   **None**

22. **Other inventory or supplies**

   **None**

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    __BETTER TRANSPORT SERVICES, LLC__          Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops — either planted or harvested** | | | |
| None | | | |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| None | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| None | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| None | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| None | | | |
| **33. Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor      **BETTER TRANSPORT SERVICES, LLC**
            Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 **Desks (4)** | (Unknown) | | $400.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $250.00 |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Phones (4)** | (Unknown) | | $500.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $325.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                               $1,475.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2008 Chevrolet Uplander** / VIN: 1GBDV13108B170428 | (Unknown) | | $4,500.00 |

Debtor **BETTER TRANSPORT SERVICES, LLC**          Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 47.2 **2012 Dodge Grand Caravan / VIN: 2C4RDGBG7CR407161** | **(Unknown)** | **$6,556.00** |
| 47.3 **2006 Dodge Grand Caravan / VIN: 2D4GP44L46R765641** | **(Unknown)** | **$2,000.00** |

**Additional Page Total** - *See continuation page for additional entries*          **$1,900.00**

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.          **$14,956.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 9: | Real Property |
|---|---|

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          **$0.00**

Debtor   __BETTER TRANSPORT SERVICES, LLC_____   Case number *(if known)* _____
         Name

---

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:**   Intangibles and Intellectual Property

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| **61.** **Internet domain names and websites** | | | |
| None | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| None | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| None | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| None | | | |
| **65.** **Goodwill** | | | |
| None | | | |

**66.** **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                          $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

---

Debtor    **BETTER TRANSPORT SERVICES, LLC**                           Case number *(if known)* _____

Name

---

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| **71.  Notes receivable**<br>Description (include name of obligor)<br><br>None | |
| **72.  Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br><br>None | |
| **73.  Interests in insurance policies or annuities**<br><br>None | |
| **74.  Causes of action against third parties (whether or not a lawsuit has been filed)**<br><br>None | |
| **75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br><br>None | |
| **76.  Trusts, equitable or future interests in property**<br><br>None | |
| **77.  Other property of any kind not already listed** *Examples:* Season tickets,<br>country club membership<br><br>None | |
| **78.  Total of Part 11**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor __BETTER TRANSPORT SERVICES, LLC__     Case number *(if known)* _____
     Name

## Part 12:   Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $9,094.79 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $57,345.98 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $1,475.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $14,956.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*.......................................................... | | → $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $82,871.77 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................. | | $82,871.77 |

Debtor   **BETTER TRANSPORT SERVICES, LLC**                                    Case number *(if known)* _____
         Name

<div style="background:black">    </div> **Additional Page**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture - *Continued*** | | | |
| 39.2 **Chairs (4)** | (Unknown) | | $100.00 |
| 39.3 **Filing Cabinet** | (Unknown) | | $50.00 |
| 39.4 **Table** | (Unknown) | | $100.00 |
| **41. Office equipment - *Continued*** | | | |
| 41.2 **Printer** | (Unknown) | | $25.00 |
| 41.3 **Computers (3)** | (Unknown) | | $300.00 |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles - *Continued*** | | | |
| 47.4 **2006 Dodge Grand Caravan** / VIN: 1D4GP24R77B138716 | (Unknown) | | $1,900.00 |

Fill in this information to identify the case:

Debtor name __BETTER TRANSPORT SERVICES, LLC__

United States Bankruptcy Court for the: _____Southern_____   District of _____Texas_____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
Fox Capital

**Creditor's mailing address**
803 S 21st Street

Hollywood, FL 33020

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
Merchant Cash Advance

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $142,734.55        Column B: unknown

**Remarks:** No UCC Lien filed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $257,179.55

Debtor  BETTER TRANSPORT SERVICES, LLC
_____
Name

Case number (if known) _____

---

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** **Creditor's name**

Fundfi Merchant Funding LLC

**Creditor's mailing address**

352 Fulton Avenue

Hempstead, NY 11550

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Merchant Cash Advance Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | |
|---|---|
| $90,445.00 | unknown |

Debtor   BETTER TRANSPORT SERVICES, LLC

Case number (if known) _____
Name

---

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.3** **Creditor's name**

Kalamata Capital LLC

**Creditor's mailing address**

80 Broad St Suite 1210

New York, NY 10004

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

$24,000.00            unknown

**Describe the lien**

Merchant Cash Advance Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

Debtor   BETTER TRANSPORT SERVICES, LLC

Case number (if known) _____

     Name

---

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Lieberman and Klestzick, LLP<br>PO Box 356<br>Cedarhurst, NY 11516 | Line 2. _1_ | __ __ __ __ |
| David Fogel, P.C.<br>1225 Franklin Avenue 201<br>Garden City, NY 11530 | Line 2. _2_ | __ __ __ __ |
| Berkovitch & Bouskila, PLLC<br>1545 US 202 Suite 101<br>Pomona, NY 10970 | Line 2. _3_ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name          BETTER TRANSPORT SERVICES, LLC

United States Bankruptcy Court for the:
                     Southern District of Texas

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

|  |  | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

Debtor    **BETTER TRANSPORT SERVICES, LLC**
_____    Case number _(if known)_ _____
          Name

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

American Express Business

ATTN: Legal Department

P.O. Box 981535

El Paso, TX 79998

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Line of Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$130,591.08

---

**3.2** | Nonpriority creditor's name and mailing address

Kabbage

925B Peachtree Street NE Suite 1688

Atlanta, GA 30309

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.3** | Nonpriority creditor's name and mailing address

Verizon Communications

404 Brock Drive

Bankruptcy Dept

Bloomington, IL 61701

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Phone Service

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,448.00

---

**3.4** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

Debtor    **BETTER TRANSPORT SERVICES, LLC**          Case number *(if known)* _____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $132,039.08 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $132,039.08 |

Fill in this information to identify the case:

Debtor name      BETTER TRANSPORT SERVICES, LLC

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known): _____ Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.    Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | SubContract for Medicaid |
| | Contract to be ASSUMED |
| State the term remaining | 0 months |
| List the contract number of any government contract | |
| | Modivcare Solutions LLC |
| | 12234 N Interstate 35 |
| | Austin, TX 78753 |

| 2. List all contracts and unexpired leases | |
|---|---|
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Auto lease for 25 vehicles ($200/month /vehicle) |
| | Contract to be ASSUMED |
| State the term remaining | 0 months |
| List the contract number of any government contract | |
| | Batainen, Hazem |
| | 8703 Beringer Drive |
| | Richmond, TX 77469 |

| 2. List all contracts and unexpired leases | |
|---|---|
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Office Space |
| | Contract to be ASSUMED |
| State the term remaining | 0 months |
| List the contract number of any government contract | |
| | Laitkep, Autumn |
| | 2079 Newgulf Dr |
| | Boling, TX 77420 |

| 2. List all contracts and unexpired leases | |
|---|---|
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **BETTER TRANSPORT SERVICES, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Almomani, Hana | 8703 Beringer Drive<br>Street<br><br>Richmond, TX 77469<br>City          State          ZIP Code | Kalamata Capital LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | | Fundfi Merchant Funding LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | | Fox Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Bataineh, Ruba | 24218 Via Vitani Drive<br>Street<br><br>Richmond, TX 77406<br>City          State          ZIP Code | Fundfi Merchant Funding LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | | American Express Business | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Batainen, Hazem | 8703 Beringer Drive<br>Street<br><br>Richmond, TX 77469<br>City          State          ZIP Code | Fox Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Better Solution Inc. | 2104 N Richmond Rd<br>Street<br><br>Wharton, TX 77488<br>City          State          ZIP Code | Kalamata Capital LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **BETTER TRANSPORT SERVICES, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | GOOD HANDS MEDICAL TRANSPORTATION, LLC | 8703 Beringer Drive<br>Street<br><br>Richmond, TX 77469<br>City          State          ZIP Code | Kalamata Capital LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Healthwheels LLC | 3915 Tarragon Bend Dr<br>Street<br><br>Richmond, TX 77406<br>City          State          ZIP Code | Kalamata Capital LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | Transolution Services LLC | 100 S 8th<br>Street<br><br>Richmond, TX 77469<br>City          State          ZIP Code | Kalamata Capital LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Wellride LLC | 8703 Beringer Drive<br>Street<br><br>Richmond, TX 77469<br>City          State          ZIP Code | Kalamata Capital LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.10 | | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.11 | | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor  __BETTER TRANSPORT SERVICES, LLC__
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.12 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.13 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.14 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.15 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

---

**Fill in this information to identify the case:**

Debtor name _____BETTER TRANSPORT SERVICES, LLC_____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................

   | | $0.00 |
   |---|---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................

   | | $82,871.77 |
   |---|---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................

   | | $82,871.77 |
   |---|---|

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | | $257,179.55 |
   |---|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   | | $0.00 |
   |---|---|

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

   | + | $132,039.08 |
   |---|---|

4. **Total liabilities**...................................................................................................................
   Lines 2 + 3a + 3b

   | | $389,218.63 |
   |---|---|

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>BETTER TRANSPORT SERVICES, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of Texas</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $724,481.18 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $1,339,910.06 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $588,293.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| Debtor | BETTER TRANSPORT SERVICES, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. American Line of Credit<br>Creditor's name<br>200 Vesey Street<br>Street<br><br>New York, NY 10285<br>City        State    ZIP Code | 03/01/2023<br><br>04/01/2023 | $35,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Kalamata Capital LLC<br>Creditor's name<br>80 Broad St Suite 1210<br>Street<br><br>New York, NY 10004<br>City        State    ZIP Code | | $12,530.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. Fundfi Merchant Funding LLC<br>Creditor's name<br>352 Fulton Avenue<br>Street<br><br>Hempstead, NY 11550<br>City        State    ZIP Code | | $21,700.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. Fox Capital<br>Creditor's name<br>803 S 21st Street<br>Street<br><br>Hollywood, FL 33020<br>City        State    ZIP Code | | $43,400.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    BETTER TRANSPORT SERVICES, LLC                                     Case number *(if known)*
_____                                     _____
          Name

| 4.1. | Autumn Laitkep | 05/30/2023 | $62,800.00 | Salary for Manager of Business |
|---|---|---|---|---|

Creditor's name

2079 New Gulf Drive
Street

Boling, TX 77420
City                     State    ZIP Code

**Relationship to debtor**

Salaried Employee

| 4.2. | Autumn Laitkep | 12/31/2022 | $47,000.00 | Contractor |
|---|---|---|---|---|

Creditor's name

2079 New Gulf Drive
Street

Boling, TX 77420
City                     State    ZIP Code

**Relationship to debtor**

Employee

| 4.3. | Hana Almomani | 05/30/2023 | $120,000.00 | Contract Employee |
|---|---|---|---|---|

Creditor's name

8703 Beringer Drive
Street


City                     State    ZIP Code

**Relationship to debtor**

Officer

| 4.4. | Autumn Laitkep | | $50,000.00 | To payoff debt |
|---|---|---|---|---|

Creditor's name

2079 New Gulf Drive
Street

Boling, TX 77420
City                     State    ZIP Code

**Relationship to debtor**

Salaried Employee

---

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    BETTER TRANSPORT SERVICES, LLC                                    Case number *(if known)*
_____                            _____
          Name

5.1.   _____     _____     _____     _____
       Creditor's name

       _____
       Street

       _____

       _____
       City                State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br>XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Fundfi Merchant Funding, LLC vs Better Transport Services, LLC et al | Merchant Cash Advance Loan contract | Supreme Court of the State of New York County of Nassau<br>Name<br>100 Supreme Ct Drive<br>Street<br>Mineola, NY 11501<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>607028/2023 | | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   BETTER TRANSPORT SERVICES, LLC                                          Case number *(if known)*
         Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name

Street                                  **Case title**                              **Court name and address**

                                                                                    Name

City              State      ZIP Code     **Case number**                          Street

                                          **Date of order or assignment**          City              State      ZIP Code

---

**Part 4:** Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts
    to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City              State      ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:** Certain Losses

10.  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

**Part 6:** Certain Payments or Transfers

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor  BETTER TRANSPORT SERVICES, LLC _____  Case number *(if known)* _____

  Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | The Lane Law Firm | Attorney's Fee | 04/27/2023 | $5,000.00 |
| | **Address** | Attorney's Fee | 05/09/2023 | $17,500.00 |
| | 6200 Savoy Dr Ste 1150 | Attorney's Fee | 05/15/2023 | $5,000.00 |
| | Street | Attorney's Fee and Expenses | 05/20/2023 | $5,000.00 |
| | Houston, TX 77036-3369 | | | |
| | City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | billing@lanelaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Lonestar Auto Parts | 2007 Dodge Caravan VIN 1D4GP24R97B263152 | 04/06/2023 | $850.00 |
| | **Address** | | | |
| | 6621 Liberty Rd | | | |
| | Street | | | |
| | Houston, TX 77028 | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

Debtor  BETTER TRANSPORT SERVICES, LLC                                Case number *(if known)*
        Name

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | LKQ | 2008 Chrysler Town & Country VIN 2A8HR44H38R721844 | 05/12/2023 | $490.00 |
| | **Address** | | | |
| | 14002 HEMPSTEAD HWY | | | |
| | Street | | | |
| | Houston, TX 77040 | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 2014 N Richmond Road | From  05/01/2019   To  03/01/2023 |
| Street | |
| Wharton, TX 77488 | |
| City            State    ZIP Code | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City            State    ZIP Code | | *Check all that apply:* |
| | | ☐ Electronically |
| | | ☐ Paper |

---

Debtor   BETTER TRANSPORT SERVICES, LLC                                    Case number *(if known)*
_____
        Name

---

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City          State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br>_____<br>Street<br>_____<br>City          State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

---

Debtor   BETTER TRANSPORT SERVICES, LLC                                    Case number *(if known)*_____
          Name

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

20.1

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City          State     ZIP Code | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

## 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

---

Debtor    BETTER TRANSPORT SERVICES, LLC                                    Case number *(if known)*_____
          Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | |
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| | | |
| City          State     ZIP Code | | From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor   BETTER TRANSPORT SERVICES, LLC                                       Case number *(if known)*
_____
         Name

| Name and address | Dates of service |
|---|---|

26a.1.   Abir Elfishawy                                          From  01/01/2022      To  _____
         Name

         19714 Canyon Gate Court
         Street


         Katy, TX 77450
         City                          State            ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
        statement within 2 years before filing this case.
        ☐ None

| Name and address | Dates of service |
|---|---|

26b.1.  Abir Elfishawy                                          From  _____     To  _____
        Name

        19714 Canyon Gate Court
        Street


        Katy, TX 77450
        City                          State            ZIP Code

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
        ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
        Abir Elfishawy                                          _____
        Name
                                                                _____
        19714 Canyon Gate Court
        Street                                                  _____


        Katy, TX 77450
        City                          State            ZIP Code

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
        statement within 2 years before filing this case.
        ☑ None

| Name and address |
|---|

26d.1.   _____
        Name

        _____
        Street


        _____
        City                          State            ZIP Code

**27. Inventories**

    Have any inventories of the debtor's property been taken within 2 years before filing this case?
    ☑ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  |  |

Debtor    BETTER TRANSPORT SERVICES, LLC                                    Case number *(if known)*
_____
          Name

| **Name and address of the person who has possession of inventory records** |

27.1. _____
      Name

      _____
      Street

      _____
      City                    State              ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Hana Almomani | 8703 Beringer Drive | , | 100.00% |
| Autumn Leikep | Boling, TX 77420 | General Manager, | 0.00% |
| Batainen, Hazem | 8703 Beringer Drive Richmond, TX 77469 | Director, | 0.00% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Ruba Bataineh | 24218 Via Vitani Drive Richmond, TX 77406 | Manager, | From 10/1/2022 To 03/01/2023 |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. Hana Almomani<br>Name<br><br>8703 Beringer Drive<br>Street<br><br>Richmond, TX 77469<br>City          State          ZIP Code | $120,000.00 per year | | Salary |

| **Relationship to debtor** |

Owner

Debtor   BETTER TRANSPORT SERVICES, LLC
         Name                                                              Case number *(if known)*_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2. Autumn Leikep_____ _____ _____ Salary_____
      Name

      _____
      Street

      _____
      Boling, TX 77420
      City                State      ZIP Code

| Relationship to debtor |
|---|

General Manager_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.3. Ruba Bataineh_____          $700 per week _____ Salary_____
      Name

      24218 Via Vitani Drive_____
      Street

      _____
      Richmond, TX 77406
      City                State      ZIP Code

| Relationship to debtor |
|---|

Dispatch_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____06/15/2023_____
              MM/ DD/ YYYY

Debtor   BETTER TRANSPORT SERVICES, LLC                              Case number *(if known)* _____
     Name

**X** /s/ Hana Almomani                                        Printed name                    Hana Almomani
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____ Owner/President _____


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **14**

Fill in this information to identify the case:

Debtor name      BETTER TRANSPORT SERVICES, LLC

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | American Express Business ATTN: Legal Department P.O. Box 981535 El Paso, TX 79998 | | Business Line of Credit | | | | $130,591.08 |
| 2 | Fox Capital 803 S 21st Street Hollywood, FL 33020 | | Merchant Cash Advance | Disputed | | | $142,734.55 |
| 3 | Fundfi Merchant Funding LLC 352 Fulton Avenue Hempstead, NY 11550 | | Merchant Cash Advance Loan | Disputed | | | $90,445.00 |
| 4 | Kalamata Capital LLC 80 Broad St Suite 1210 New York, NY 10004 | | Merchant Cash Advance Loan | Disputed | | | $24,000.00 |
| 5 | Verizon Communications 404 Brock Drive Bankruptcy Dept Bloomington, IL 61701 | | Phone Service | | | | $1,448.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    BETTER TRANSPORT SERVICES, LLC                              Case number *(if known)*
                    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**    BETTER TRANSPORT SERVICES, LLC

Case No. _____

**Debtor**                                              Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    $37,500.00

Prior to the filing of this statement I have received ................................................................    $32,500.00

Balance Due ............................................................................................................................    $5,000.00

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 06/15/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **BETTER TRANSPORT SERVICES, LLC**                    CASE NO

                                                            CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____ 06/15/2023 _____     Signature _____ /s/ Hana Almomani _____

                                              Hana Almomani, Owner/President

HANA ALMOMANI
8703 BERINGER DRIVE
RICHMOND, TX 77469


AMERICAN EXPRESS
BUSINESS
ATTN: LEGAL DEPARTMENT
P.O. BOX 981535
EL PASO, TX 79998

RUBA BATAINEH
24218 VIA VITANI DRIVE
RICHMOND, TX 77406


HAZEM BATAINEN
8703 BERINGER DRIVE
RICHMOND, TX 77469


BERKOVITCH & BOUSKILA,
PLLC
1545 US 202 SUITE 101
POMONA, NY 10970


BETTER SOLUTION INC.
2104 N RICHMOND RD
WHARTON, TX 77488


BETTER TRANSPORT
SERVICES, LLC
2015 N. RICHMOND RD
WHARTON, TX 77488


DAVID FOGEL, P.C.
1225 FRANKLIN AVENUE 201
GARDEN CITY, NY 11530

FOX CAPITAL
803 S 21ST STREET
HOLLYWOOD, FL 33020


FUNDFI MERCHANT FUNDING
LLC
352 FULTON AVENUE
HEMPSTEAD, NY 11550


GOOD HANDS MEDICAL
TRANSPORTATION, LLC
8703 BERINGER DRIVE
RICHMOND, TX 77469


HEALTHWHEELS LLC
3915 TARRAGON BEND DR
RICHMOND, TX 77406


KABBAGE
925B PEACHTREE STREET NE SUITE 1688
ATLANTA, GA 30309


KALAMATA CAPITAL LLC
80 BROAD ST SUITE 1210
NEW YORK, NY 10004


AUTUMN LAITKEP
2079 NEWGULF DR
BOLING, TX 77420


LIEBERMAN AND KLESTZICK,
LLP
PO BOX 356
CEDARHURST, NY 11516

MODIVCARE SOLUTIONS LLC
12234 N INTERSTATE 35
AUSTIN, TX 78753


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


TRANSOLUTION SERVICES
LLC
100 S 8TH
RICHMOND, TX 77469


VERIZON COMMUNICATIONS
404 BROCK DRIVE
BANKRUPTCY DEPT
BLOOMINGTON, IL 61701


WELLRIDE LLC
8703 BERINGER DRIVE
RICHMOND, TX 77469

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
   .

2. The following financial data is the latest available information and refers to the debtor's condition on                              .

   | | |
   |---|---|
   | a. Total assets | $82,871.77 |
   | b. Total debts (including debts listed in 2.c., below) | $389,218.63 |
   | c. Debt securities held by more than 500 holders | |

   Approximate
   number of
   holders:

   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business          Provides Non-Emergency Medical Transportation that takes individuals to and from medical appointments in Rural areas

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name      BETTER TRANSPORT SERVICES, LLC

United States Bankruptcy Court for the:

       Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __06/15/2023__
          MM/ DD/ YYYY

**X**   /s/ Hana Almomani
Signature of individual signing on behalf of debtor

 Hana Almomani
Printed name

 Owner/President
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **BETTER TRANSPORT
SERVICES, LLC**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date
06/15/2023

/s/ Hana Almomani
Hana Almomani
Owner/President
EIN No.  2 8 0 8

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date
06/15/2023

/s/ Robert C Lane
Robert C Lane
Attorney